AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| PHARMANET, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-4661 |
| AMERICAN MEDICAL RESEARCH INC., ET AL ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/29/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 09/02/2009

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Jeffrey A. Carr
Anthony J. Destribats
**PEPPER HAMILTON LLP**
A Pennsylvania LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808
carrj@pepperlaw.com
destribatsa@pepperlaw.com
*Attorneys for Plaintiff*

RECEIVED

JUN 29 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PharmaNet, LLC<br>504 Carnegie Center<br>Princeton, NJ 08540,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>American Medical Research, Inc.<br>1200 Harger Road, Suite 415<br>Oakbrook, IL 60523-1818<br><br>　　and<br><br>Mohammed Y. Alam, M.D.<br>1200 Harger Road, Suite 415<br>Oakbrook, IL 60523-1818,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 08-cv-4661 (JAP-TJB)<br><br>FINAL JUDGMENT |

**THIS MATTER**, having come before the Court upon an Application for the Entry of Final Judgment by Plaintiff, PharmaNet, LLC ("PharmaNet"), by and through its attorneys, Pepper Hamilton LLP; and

**WHEREAS** the Court having received and reviewed the Application for the Entry of Final Judgment, and for other good cause having been shown;

IT IS ON THIS 29 day of June, 2009,

**ORDERED** that judgment is entered in favor of PharmaNet in the amount of $288,082.80 jointly and severally against Defendants, American Medical Research, Inc. and Mohammed Y. Alam, MD with post-judgment interest thereon accruing at the legal rate.

_____
Joel A. Pisano, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk